# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*In re*: Dianne Foley,
Attorney at Law, Bar No. 3888

Case No. 2:24-ms-00035-APG

**ORDER OF SUSPENSION**

     Attorney Dianne Foley, State Bar No. 3888, was suspended by the Supreme Court of Nevada on July 2, 2024.  On October 25, 2024, the court ordered Ms. Foley to show cause why this court should not impose reciprocal discipline and suspend her. ECF No. 1.  That order was mailed via certified mail.  The status of delivery is unknown.  Regardless, the order provided Ms. Foley with 30 days to respond with reasons why she should not be suspended.  No response has been received.  Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

     I THEREFORE ORDER that Dianne Foley, Bar No. 3888, is suspended from practice in United States District Court for the District of Nevada.

     DATED THIS 19th Day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

     Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 30 day of __December__ 2024, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

     Dianne Foley
     2218 Zanadu Lane
     Wall, NJ 07719


     Certified Mail No.: 7020 3160 0000 7420 2091



     /s/ Sharon H.
     Deputy Clerk
     United States District Court,
     District of Nevada